UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| **MERCHANT SERVICES, INC.,**  &  **POWERPAY, LLC**,<br><br>             Plaintiffs/Stakeholders,<br>v.<br><br>**SUCCESS ENTERPRISES, LLC**;<br>**ROCKIT MEDIA, LLC;**<br>   &<br>**ROBB EVANS OF ROBB EVANS AND ASSOCIATES, LLC**, in their capacity as Receiver;<br><br>             Defendants/Claimants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil No. 2:12-cv-00040-JAW |

## NOTICE OF DISMISSAL

Now come Plaintiffs and, pursuant to Fed.R.Civ.P. 41(a)(1)(A), state:

1. Defendants have neither answered nor filed any pleadings in this matter.

2. According to an agreement and specified release among the parties, Plaintiffs dismiss this matter *with prejudice*, and *without costs*.

Date:   February 29, 2012

/s/ U. Charles Remmel, II

/s/ Timothy E. Steigelman

Attorneys for the Plaintiffs
Kelly, Remmel & Zimmerman
53 Exchange Street
P.O. Box 597
Portland, ME 04112-0597
(207) 775-1020

## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| **MERCHANT SERVICES, INC.,**     &     **POWERPAY, LLC**,           Plaintiffs/Stakeholders, **v.** **SUCCESS ENTERPRISES, LLC;** **ROCKIT MEDIA, LLC;**     & **ROBB EVANS OF ROBB EVANS AND ASSOCIATES, LLC**, in their capacity as Receiver;            Defendants/Claimants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil No. 2:12-cv-00040-JAW |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 29, 2012, I electronically filed Plaintiff's Notice of Dismissal with the Clerk of the Court. A copy of this filing, complete with this certificate of service, was served by U.S. mail upon the Defendants, with such service being complete on February 29, 2012.

Dated at Portland, Maine this 29th day of February, 2012.

Date:   February 29, 2012

/s/ Timothy E. Steigelman

Attorney for the Plaintiffs
Kelly, Remmel & Zimmerman
53 Exchange Street
P.O. Box 597
Portland, ME 04112-0597
(207) 775-1020

2